IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **PEACHES WILLIAMS,**<br><br>   **Plaintiff,**<br><br> v.<br><br>**FRESENIUS MEDICAL CARE INDIANA, LLC,**<br><br>   **Defendant.** | Case No.: 1:21-cv-02052-SEB-MPB |

## ORDER OF DISMISSAL WITH PREJUDICE

  Plaintiff, Peaches Williams, and Defendant, Bio-Medical Applications of Indiana, Inc. (misidentified as Fresenius Medical Care Indiana, LLC), have filed their Joint Stipulation of Dismissal seeking dismissal of this matter with prejudice. The Court has examined the Stipulation and now finds that the matter should be dismissed.

  IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this matter is dismissed with prejudice. Each party shall bear its own costs.

  SO ORDERED.

Dated:   5/9/2022

                 _/s/ Sarah Evans Barker_
                 SARAH EVANS BARKER, JUDGE
                 United States District Court
                 Southern District of Indiana

Distribution to ECF counsel of record.